# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America

                                              JUDGMENT IN A CIVIL CASE

                Plaintiff,

    v.                                      Case Number: 2:14-cr-00397-JAD-VCF

Eric Semrad

                      Defendant.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying 2255 petition and certificate of appealability.

| | |
|---|---|
| April 8, 2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | /s/ J. Matott |
| | Deputy Clerk |